IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

NORTH PACIFIC MANAGEMENT,　　　　　　No. 3:21-cv-00404-HZ
INC., et al.,

　　　　　　　　　　　　　　　　　　　　　JUDGMENT
　　　　　　　　Plaintiffs,

v.

LIBERTY MUTUAL FIRE INSURANCE
COMPANY, a Wisconsin Company,

　　　　　　　　Defendant.

HERNÁNDEZ, District Judge:

　　　Based on the record, IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice. Pending motions, if any, are denied as moot.


　　　DATED:__September 7, 2021____.


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MARCO A. HERNÁNDEZ
　　　　　　　　　　　　　　　　　　　United States District Judge


1 – JUDGMENT